■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONTFORD J. LEONARD, Also Known as JOHN MONTFORD LEONARD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Sedita, J.—violation of probation.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK SITARSKI, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Wolfgang, J.—petit larceny.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN LOVELAND, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, McGowan, J.—criminal possession of stolen property, third degree.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Pine, JJ.